THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Randolph
 Frady, Appellant.
 
 
 

Appeal From Oconee County
 Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No.  2008-UP-634
 Submitted November 3, 2008  Filed
November 12, 2008

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor
 Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: Frady
 appeals his convictions for grand
 larceny, first- degree burglary, arson, possession of a weapon during the
 commission of a violent crime, and two counts of murder, arguing the trial
 court erred by precluding Frady from introducing evidence of third party guilt. After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967)
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Fradys appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.